UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: Hector Hernandez and Rosa Marie Hernandez | § § | |
| Debtor | § § § | Case No.: 10-70844<br><br>Chapter   13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF CREDITORS GARZA INVESTMENTS AND MCALLEN NORTH IMAGING, INC.

Please take Notice that Garza Investments and McAllen North Imaging, Inc., Creditors in the above styled and number Bankruptcy proceeding, hereby request that notice of all matters arising in the case of which notice is sent to any creditor, party in interest, creditors committee, and/or member of any creditors committee be sent to:

>Mark A. Weitz
>Weitz Morgan PLLC
>100 Congress Avenue, Suite 2000
>Austin, Texas 78701
>512-394-8950 (direct line)
>512-657-1849 (cell)
>512-350-2286 (facsimile)

Dated: March 15, 2010

2

        Respectfully Submitted,

        /S/ Mark A. Weitz_____
        Mark A. Weitz
        SB# 21116500
        SD Bar # 102493

        Weitz Morgan PLLC
        100 Congress Avenue, Suite 2000
        Austin, Texas 78701
        512-394-8950
        512-657-1849
        512-350-2286 (facsimile)